AO-10
Rev. 1/2004

AMENDED
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Garcia-Gregory, Jay A | 2. Court or Organization<br><br>District of Puerto Rico | 3. Date of Report<br><br>5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse, CH 151<br>150 Carlos Chardon Avenue<br>San Juan, PR 00918-0151 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Consultant | Monteclaro, Inc. (non-profit-educational institution) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUL 28 A 8: 14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | F.G.R. - Pension Plan | 116,836.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | EUROBANK (formerly The Bank Trust of Puerto Rico) | Revolving Line of Credit | K |
| 2. | EUROBANK (formerly The Bank Trust of Puerto Rico) | Personal Loan | J |
| 3. | Pentagon Federal CR UN | Personal Loan | K |
| 4. | American Express | Credit Card | K |
| 5. | Banco Popular-VISA | Credit Card | None |
| 6. | MBNA America | Credit Card | None |
| 7. | 1st Fed VISA | Credit Card | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Garcia-Gregory, Jay A | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  -- Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JP Morgan Chase Common Stock | A | Dividend | J | T | Part Sale | 1/16 | J | | |
| 2. | | | | | Part Sale | 3/11 | J | | |
| 3. Eurobank Bank Account (formerly Bank Trust of PR) | A | Interest | K | T | | | | | |
| 4. Doral Bank Account | A | Interest | J | T | | | | | |
| 5. Citibank IRA (CDs) | A | Interest | J | T | Distribution | 10/20 | K | | |
| 6. Eurobank IRAs (CDs)  (formerly Bank Trust of PR) | A | Interest | J | T | Distribution | 12/29 | J | | |
| 7. Eurobank (Personal CD) (formerly Bank Trust of PR) | A | Interest | J | T | | | | | |
| 8. Alliance Government Reserve | A | Dividend | J | T | | | | | |
| 9. First Bank IRA (CDs) | A | Interest | J | T | Purchase | 4/1 | J | | |
| 10. First Bank Account | A | Interest | J | T | Open | 4/1 | J | | |
| 11. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VI.   EUROBANK acquired all my bank services with The Bank Trust of Puerto Rico due to their merger which finalized in May 3, 2004.

VI.  5,6,7.   Banco Popular-VISA, MBNA America, and 1st Fed Visa credit cards reported in 2003 are fully paid.

VII.  1.   Partial Sales:    shares in 1/16
                     shares in 3/11
There was no gain in these transactions.

VII.  3,6,7.   Change of name of the institution due to the merger of The Bank Trust of Puerto Rico and Eurobank.

VII.  5,6.   Distribution of IRAs under Section 1169A, P.R. Act 279 of Sept. 14, 2004. Due to the distribution, the gross value changed.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garcia-Gregory, Jay A | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date July 20, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garcia-Gregory, Jay A | District of Puerto Rico | 5/9/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge (Active) | 5. ReportType (check appropriate type) <br><br> ○ Nomination Date <br> ○ Initial ● Annual ○ Final | 6. Reporting Period <br><br> 1/1/2004 <br> to <br> 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address <br><br> U.S. Courthouse, CH 15 i <br> 150 Carlos Chardon Avenue <br> San Juan, PR 00918-0151 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Consultant | Monteclaro, Inc. (non-profit-educational institution) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garcia-Gregory, Jay A | 5/9/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | F.G.R. - Pension Plan | 116,836.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | EUROBANK (formerly The Bank Trust of Puerto Rico) | Revolving Line of Credit | K |
| 2. | EUROBANK (formerly The Bank Trust of Puerto Rico) | Personal Loan | J |
| 3. | Pentagon Federal CR UN | Personal Loan | K |
| 4. | American Express | Credit Card | K |
| 5. | Banco Popular-VISA | Credit Card | None |
| 6. | MBNA America | Credit Card | None |
| 7. | 1st Fed A | Credit Card | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Garcia-Gregory, Jay A | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-R) | (2) Type e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JP Morgan Chase Common Stock | A | Dividend | J | T | Part Sale | 1/16 | J | | |
| 2. | | | | | Part Sale | 3/11 | J | | |
| 3. Eurobank Bank Account (formerly Bank Trust of PR) | A | Interest | K | T | | | | | |
| 4. Doral Bank Account | A | Interest | J | T | | | | | |
| 5. Citibank IRA (CDs) | A | Interest | J | T | Distribution | 10/20 | | | |
| 6. Eurobank IRAs (CDs) (formerly Bank Trust of PR) | A | Interest | J | T | Distribution | 12/29 | | | |
| 7. Eurobank (Personal CD) (formerly Bank Trust of PR) | A | Interest | J | T | | | | | |
| 8. Alliance Government Reserve | A | Dividend | J | T | | | | | |
| 9. First Bank IRA (CDs) | A | Interest | J | T | Purchase | 4/1 | J | | |
| 10. First Bank Account | A | Interest | J | T | Open | 4/1 | | | |
| 11. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2) U = Book Value     V = Other     W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VI. EUROBANK acquired all my bank services with The Bank Trust of Puerto Rico due to their merger which finalized in May 3, 2004.

VI. 5,6,7. Banco Popular-VISA, MBNA America, and 1st Fed Visa credit cards reported in 2003 are fully paid.

VII. 1. *Partial Sales:* ████████ in 1/16
████████ in 3/11
There was no gain in these transactions.

VII. 3,6,7. Change of name of the institution due to the merger of The Bank Trust of Puerto Rico and Eurobank.

VII. 5,6. Distribution of IRAs under Section 1169A, P.R. Act 279 of Sept. 14, 2004. Due to the distribution, the gross value changed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _May 9, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544